UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Michael D. Gaskill

        v.        Civil No. 11-cv-380-PB

James Daly, et al

REPORT AND RECOMMENDATIONS

Plaintiff's motion for voluntary dismissal should be granted without prejudice. See Fed. R. Civ. P. 41(a).   Any objections to this recommendation must be filed within 14 days of the date of this notice.  See Fed. R. Civ. P. 72(b)(2).  Failure to file objection will waive right to appeal the District Court's order.  See Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010); United States v. Lugo Guerrero, 524 f.3d 5, 14 (1st Cir. 2008).

    SO ORDERED.


September 21, 2011        */s/ Landya B. McCafferty*
                                              Landya B. McCafferty
                                              United States Magistrate Judge

cc:     Michael D. Gaskill