UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Michael D. Gaskill</u>

              v.                        Civil No. 11-cv-380-PB

<u>James Daly, et al</u>

## O R D E R

I herewith approve the Report and Recommendations of Magistrate Judge Landya B. McCafferty dated September 21, 2011, no objection having been filed, for the reasons set forth therein. Plaintiff's motion for voluntary dismissal (document no. 10) is granted without prejudice.

SO ORDERED.

October 12, 2011        /s/ Paul Barbadoro
                Paul Barbadoro
                United States District Judge

cc: Michael D. Gaskill