UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Michael D. Gaskill

        v.                                  Civil No. 11-cv-380-PB

James Daly, et al

O R D E R

I herewith approve the Report and Recommendations of Magistrate Judge Landya B. McCafferty dated September 21, 2011, no objection having been filed, for the reasons set forth therein. Plaintiff's motion for voluntary dismissal (document no. 10) is granted without prejudice.

     SO ORDERED.

October 12, 2011                              /s/ Paul Barbadoro
                                                             Paul Barbadoro
                                                              United States District Judge

cc:     Michael D. Gaskill